# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE M. HILL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEPUY ORTHOPAEDICS, INC. *et al.*,<br><br>　　　　Defendants. | CASE NO. C-12-01263-YGR<br><br>**[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |

Upon consideration of the Stipulation to Stay Proceedings submitted the Parties, consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby **ORDERED** that:

1. The Parties' request for a stay of the proceedings is **GRANTED**;
2. All proceedings in this action are hereby stayed, pending transfer of this action to MDL 2244;
3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.; and
4. A Case Management Conference shall be held on **Monday, July 30, 2012** at **2:00 p.m.**, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**.

Dated: March 30, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

727105.1 / 25-160　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CV12-01263-YGR
[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS